B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____Western_____ District Of _____Louisiana_____

In re _Rickey J. Wilson_____,     Case No. _14-11374_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust | Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as trustee for GFT Mortgage Loan Trust, Series 2014-1, as serviced by Fay Servicing, LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
SN Servicing Corporation
323 5TH STREET
EUREKA CA 95501

Court Claim # (if known): 5-1
Amount of Claim: 143,803.11
Date Claim Filed: September 8, 2014

Phone: _(800) 603-0836_____

Phone: _(312) 780-0011_____

Last Four Digits of Acct #: _2773_____

Last Four Digits of Acct. #: _9829_____

Name and Address where transferee payments
should be sent (if different from above):
SN Servicing Corp.
P.O. Box 911710
Denver, CO 90291-1710

Phone: (800) 603-0836_____
Last Four Digits of Acct #: _2773_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____     Date:_March 15, 2017_____
          Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I,       Roger Soria                    , certify that I am a resident of the County

aforesaid; I am over the age of 18 years and not a party to the within action; my business address is

20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On ____3/16/17_____, I served the within NOTICE OF TRANSFER OF
CLAIM PURSUANT TO FRBP RULE 3001(e)(2) AND WITHOUT WAIVER OF OPPORTUNITY TO
OBJECT on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a
sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as
follows:

Rickey J. Wilson
9205 HIghcrest Drive
Shreveport, LA 71118
Debtor

Keith M. Welch, Esquire
Simon, Fitzgerald, Cooke, et al
4700 Line Avenue, Suite #200
Shreveport, LA 71106
Attorney for Debtor

Todd Johns
POB 1770
Shreveport, LA 71166
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction

this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on        3/16/17                    at Woodland Hills, California.

/s/ Roger Soria

# United States Bankruptcy Court

_____Western_____ District Of _____Louisiana_____

In re _Rickey J. Wilson_____,     Case No. _14-11374_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _5-1___ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as trustee for GFT Mortgage Loan Trust, Series 2014-1, as serviced by Fay Servicing, LLC | U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust |
| Address of Alleged Transferor: Fay Servicing, LLC Attn: Bankruptcy Department 939 W. North Avenue, Suite 680 Chicago, IL 60642 | Address of Transferee: SN Servicing Corporation 323 5TH STREET EUREKA CA 95501 |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                     **CLERK OF THE COURT**