# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

IN RE:     RICKEY J. WILSON                        CASE NO.: 14-11374
            DEBTOR                                          CHAPTER 13

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**NOW INTO COURT** through undersigned counsel, comes the Debtor, who respectfully submits:

1.

The Debtor filed for protection under Chapter 13 of Title 11 U.S.C. on June 13, 2014.

2.

The Trustee filed a Motion to Dismiss for failure to make timely payments to the Trustee.

3.

The Debtor was injured at work and had to assume a lower paying position with the company. Debtor was subsequently laid off from that position in September 2017. Debtor has not had any income since he was laid off. Debtor will begin a new job on August 27, 2018.

4.

Debtor will file an Amended Plan to cure the Default.

**WHEREFORE DEBTOR PRAYS** for an Order denying the Motion to Dismiss.

**DEBTOR FURTHER PRAYS** for such other relief as is just and equitable.

DATED: August 22, 2018            **SIMON FITZGERALD, LLC**

                                                 /s/ Keith M. Welch
                                                 Keith M. Welch, #13347
                                                 4700 Line Ave., Ste. 200
                                                 Shreveport, LA 71115
                                                 (318) 868-2600 phone
                                                 (318) 868-8966 fax
                                                 ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:   RICKEY J. WILSON                         CASE NO.: 14-11374

         DEBTOR                                   CHAPTER 13

CERTIFICATE OF SERVICE

I, the undersigned DO HEREBY CERTIFY that a true and correct copy of the attached **"Response to Trustee's Motion to Dismiss"** has this day been served on the following by placing a copy of the same in the United States Mail, postage prepaid and affixed thereto:

| | |
|---|---|
| Mr. Rickey Wilson<br>9205 Highcrest Drive<br>Shreveport, LA 71118 | Todd S. Johns, Chapter 13 Trustee<br>POB 1770<br>Shreveport, LA 71166<br>Via ECF / Electronic Delivery |

Office of the United States Trustee
300 Fannin Street, Suite. 3196
Shreveport, LA 71101
Via ECF / Electronic Delivery

Signed this 22nd day of August, 2018

**Simon Fitzgerald, LLC**
4700 Line Ave., Ste. 200
Shreveport, LA 71106
318-868-2600 Phone
318-868-8966 Fax

  /s/ Tara Hand
Tara Hand,
Legal Assistant to Keith M. Welch